UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP Address 68.62.69.59,<br><br>        Defendant. | 21-CV-12978-TGB-JJCG<br><br>**ORDER DISMISSING CASE**<br><br>HON. TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                            BY THE COURT:

                            /s/Terrence G. Berg
                            TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE

Dated: February 16, 2022